TONY RUSSO v. JOHN VERDUIN MACHINE CORPORATION.

February 26, 1974. Petition for certification denied.

ROBERT J. NADOLSKI v. BOARD OF REVIEW.

February 26, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. NORBERTO RAMOS.

February 26, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. RANDALL C. NUSS, SR.

February 26, 1974. Petition for certification denied.

ALAN CORSON v. FRANK KRUK.

February 26, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. MITCHELL HAIRSTON.

February 26, 1974. Petition for certification denied.